```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                            Case No. 14-03189-JJT
Thomas Irving                                                     Chapter 7
Earlene Irving
        Debtors                **CERTIFICATE OF NOTICE**

District/off: 0314-4           User: DDunbar            Page 1 of 1           Date Rcvd: Aug 23, 2016
                               Form ID: fnldec          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 25, 2016.
db/jdb         +Thomas Irving,    Earlene Irving,    517 State Route 147,    Dalmatia, PA 17017-7351

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 23, 2016 at the address(es) listed below:
              Christian Joseph Albut    on behalf of Creditor    American Donation Organization, Inc.
               calbutlaw@gmail.com
              Joshua I Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Lawrence G. Frank (Trustee)    lawrencegfrank@gmail.com, PA39@ecfcbis.com
              Paul H Herbein    on behalf of Defendant Earlene   Irving pherbein@aol.com
              Paul H Herbein    on behalf of Defendant Thomas   Irving pherbein@aol.com
              Paul H Herbein    on behalf of Debtor Thomas   Irving pherbein@aol.com
              Paul H Herbein    on behalf of Joint Debtor Earlene   Irving pherbein@aol.com
              Recovery Management Systems Corporation    claims@recoverycorp.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William Philip Carlucci    on behalf of Mediator William   Carlucci wcarlucci@elionwayne.com
                                                                                               TOTAL: 10

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Thomas Irving  
517 State Route 147  
Dalmatia, PA 17017

Chapter 7  
Case No. 4:14−bk−03189−JJT

Earlene Irving  
517 State Route 147  
Dalmatia, PA 17017

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):  
xxx−xx−6339  
xxx−xx−6782

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED, Lawrence G. Frank (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: August 23, 2016

By the Court,

Honorable John J. Thomas  
United States Bankruptcy Judge  
By: DDunbar, Deputy Clerk